UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH VILLANO,

              Plaintiff,

    - against -

MID ATLANTIC FISH MARKET, ET AL.,

              Defendants.

23-cv-1832 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by April 13, 2023.

SO ORDERED.

Dated:    New York, New York
            March 30, 2023

                                         John G. Koeltl
                                 United States District Judge