```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH VILLANO,

    Plaintiff,

-against-

MID ATLANTIC FISH MARKET, et al.,

    Defendants.

23-CV-1832 (BCM)

ORDER

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the parties' joint letter dated July 12, 2023 (Dkt. 18), attaching their fully-executed Settlement Agreement (Sett. Ag.) (Dkt. 18 Ex. 1), as well as plaintiff's supplemental letter dated September 11, 2023 (Supp. Ltr.) (Dkt. 20), which explains that that despite "language relating to an apartment" in the Settlement Agreement's release provision, "[t]here is no apartment involved in this case." Supp. Ltr. at 1. Nonetheless, according to plaintiff's counsel, the release (Sett. Ag. ¶ 2) "remains . . . a general release and the Parties do not believe that it needs to be modified to affect [sic] our intent of providing a general release to Plaintiff." Supp. Ltr. at 1. Plaintiff's counsel also affirms that "the entirety of the Settlement Agreement [was] verbally translated into Spanish" for the benefit of plaintiff, who is Spanish-speaking. *Id.*

    Having carefully reviewed the financial and non-financial terms of the Settlement Agreement, the Court finds that they are fair and reasonable as required by *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). Accordingly, the proposed Settlement Agreement is APPROVED and this action is DISMISSED WITH PREJUDICE.

    The Clerk of Court is respectfully directed to close the case.

Dated: New York, New York
       September 12, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**